IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:08-590 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Juan Mendoza, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, proceeding *pro se*, seeks relief in this court pursuant to 28 U.S.C. § 2255. Defendant raises three claims for relief. In response to Defendant's motion, the Government filed a motion to dismiss. Pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the court advised Defendant of the motions procedure and the consequences if he failed to respond. Defendant has not responded and the time for doing so has expired.

The court had examined the record in this matter. For the reasons stated in the Government's response, which this court finds to be correct and adopts as its findings, the court **grants** the Government's motion to dismiss. Defendant's § 2255 motion is time-barred, and it is accordingly dismissed with prejudice.

### CERTIFICATE OF APPEALABILITY

The governing law provides that:

(c)(2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right.

(c)(3) The certificate of appealability . . . shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

28 U.S.C. § 2253(c). A prisoner satisfies this standard by demonstrating that reasonable jurists would find this court's assessment of his constitutional claims is debatable or wrong and that any

1

dispositive procedural ruling by the district court is likewise debatable.  *See Miller-El v. Cockrell,* 537 U.S. 322, 336 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484 (2000); *Rose v. Lee*, 252 F.3d 676, 683 (4th Cir. 2001).  In this case, the legal standard for the issuance of a certificate of appealability has not been met.  Therefore, a certificate of appealability is **denied**.

    **IT IS SO ORDERED.**

                                      s/ Cameron McGowan Currie
                                      CAMERON McGOWAN CURRIE
                                      UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
January 2, 2013